1  Eric Bensamochan, Bar #255482
   The Bensamochan Law Firm
2  30851 Agoura Rd # 114
   Agoura Hills, Ca 91301
3  818-907-5866  (FAX) 818-461-5959
   ATTORNEY FOR PLAINTIFF

4              UNITED STATES DISTRICT COURT
             FOR THE CENTRAL DISTRICT OF CALIFORNIA
5

6  J&J SPORTS PRODUCTIONS, INC        )
                                      )
7           Plaintiff,      vs.       )   Case No.: 5:10-CV-01392-WDK-FMO
                                      )
8  MARIA IRENE ESPINOZA, et al,       )
                                      )   **RENEWAL OF JUDGMENT**
9           Defendant,                )        **BY CLERK**
                                      )
10 _____    )

11  Based upon the application for renewal of the judgment of the original judgment, and pursuant to

12 F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

13     Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Maria Irene

14 Espinoza, individually doing business as Mariscos Espinoza; Roberto Espinoza, individually

15 doing business as Mariscos Espinoza, entered on April 25, 2011, be and the same is hereby renewed

16 in the amounts as set forth below:

17         Renewal of money judgment

18         a.  Total judgment                              $     7,460.00
           b.  Costs after judgment                        $        00.00
19         c.  Subtotal *(add a and b)*                    $     7,460.00
20         d.  Credits                                     $        00.00
21         e.  Subtotal *(subtract d from c)*              $     7,460.00
22         f.  Interest after judgment(.24%)               $       177.96
23         g.  Fee for filing renewal of application       $        00.00
24         h.  Total renewed judgment (add e, f and g)  $     7,637.96

25

26 Dated: __April 1, 2021__          CLERK, by  *Sharon Hall Brown*
27                                          _____
                                             Deputy
28

Renewal of Judgment